# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

                Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

                Defendant(s).

Case No. 2:17-cv-00326-JCM-NJK

ORDER

        To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 4, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

        IT IS SO ORDERED.

        DATED: July 28, 2017

                                                        _____
                                                         NANCY J. KOPPE
                                                         United States Magistrate Judge