Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ANTELOPE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual.<br><br>　　　　　Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　　Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual,<br><br>　　　　　Counter-Defendant/Cross-Defendants. | Case No. 2:17-CV-00326-JCM-NJK<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ANTELOPE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF No. 35]**<br><br>**(First Request)** |

DMWEST #14605427 v1

Antelope Homeowners' Association filed a Motion to Dismiss (the "Motion") on August 29, 2017. *See* ECF No. 35. Plaintiff/counter-defendant JPMorgan Chase Bank, N.A.'s ("Chase") opposition to the Motion is currently due on September 12, 2017. The undersigned parties stipulate and agree that the time for Chase to file its opposition shall be extended up to and including September 29, 2017, to provide sufficient time to brief the issues raised in the Motion and to accommodate the schedule of counsel. This is the first stipulation to extend time for Chase's opposition, and the request is made in good faith and not for purposes of delay.

Respectfully submitted this 1st day of September, 2017.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree, Esq.<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Counsel for JPMorgan Chase Bank, N.A.* | By: /s/Diana Cline Ebron<br>Diana Cline Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Timothy Elson
Timothy Elson, Esq.
Nevada Bar No. 11559
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Counsel for Antelope Homeowners' Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 7, 2017

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ANTELOPE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF No. 35]** was served this 1st day of September 2017 upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ Charlie Bowman
*An employee of Ballard Spahr LLP*