# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SFR INVESTMENTS POOL 1, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:17-cv-00326-JCM-NJK <br><br> ORDER |

The joint interim status report asserts that Defendants Elizabeth and Horatio Rocha were properly served but have not appeared. Docket No. 47 at 3; *see also* Docket Nos. 8, 9, 38, 39 (summons returned executed for complaint and cross-claims). No later than October 27, 2017, either motions for default or dismissal papers must be filed for each of the claims and cross-claims against Defendants Elizabeth and Horatio Rocha. *Cf.* Fed. R. Civ. P. 41(b) (courts may involuntarily dismiss claims that are not diligently prosecuted).

IT IS SO ORDERED.

DATED: October 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge