# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-00326-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 61) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to stay discovery pending resolution of two motions to dismiss. Docket No. 61. The parties indicate that it is in the interest of efficiency to stay discovery. *See id.* at 2 (citing Fed. R. Civ. P. 1). The parties fail to explain, however, how a stay of discovery would be efficient at this stage given that discovery is set to close in less than a month. *See* Docket No. 30 (scheduling order entered on August 1, 2017, setting discovery cutoff of December 11, 2017). Accordingly, the stipulation is **DENIED** without prejudice to a renewed request to stay discovery explaining why a stay is appropriate at this late juncture. Any such request must also identify with particularity the discovery conducted to date. *Cf.* Local Rule 26-4(a).

IT IS SO ORDERED.

DATED: November 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge