Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-CV-00326-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ANTELOPE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual. | **(First Request)** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A.; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 1 and Local Rules LR IA 6-2 and
2    LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), and
3    Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"),
4    through their respective attorneys, stipulate as follows to stay this action while the
5    parties finalize settlement[1]:

6    1.    On or about January 11, 2018, the Court entered an order extending
7    scheduling order deadlines, which set the deadline to complete discovery for March
8    12, 2018 and the deadline to complete dispositive motions for April 12, 2018 (ECF
9    No. 69).

10   2.    Chase and SFR have since come to an agreement to resolve all the
11   claims at issue in this case.  They are in the process of finalizing settlement.

12   3.    Given Chase and SFR's resolution and to avoid wasting resources and
13   incurring potentially unnecessary expense associated with litigation, including
14   dispositive motions, Chase and SFR agree, and hereby request, a stay of the case to
15   give each side sufficient time and resources to finalize settlement.

16   4.    Chase and SFR anticipate that finalizing settlement will require
17   approximately ninety (90) days.

*[Continued on following page.]*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

---

[1] Chase voluntarily dismissed the Antelope Homeowners' Association.  *See* ECF No. 71.

2

1      5.     Chase and SFR make this stipulation in good faith and not for purposes

2 of delay.

3      Dated: March 23, 2018

4 BALLARD SPAHR LLP          KIM GILBERT EBRON

5

6 By:  /s/ Lindsay Demaree         By: /s/ Diana S. Ebron
     Abran E. Vigil              Diana S. Ebron

7     Nevada Bar. No. 7548         Nevada Bar No. 10580
     Maria A. Gall              Jacqueline A. Gilbert

8     Nevada Bar No. 14200         Nevada Bar No. 10593
     Lindsay C. Demaree         Karen Hanks

9     Nevada Bar No. 11949         Nevada Bar No. 9578
     Kyle A. Ewing             7625 Dean Martin Dr., Suite 110

10    Nevada Bar. No. 14051         Las Vegas, Nevada 89014
     1980 Festival Plaza Drive, Suite 900

11    Las Vegas, Nevada 89135

12 *Attorneys for JPMorgan Chase Bank,*  *Attorneys for SFR Investments Pool 1,*
*N.A.*                               *LLC*

13

14                  **IT IS SO ORDERED:**

15

16

17               UNITED STATES DISTRICT JUDGE
               DATED:   March 23, 2018

18

19

20

21

22

23

24

25

26

27

28

DMWEST #17578763 v1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on March 23, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was sent to the following parties via U.S. Mail at the following addresses:

> Elizabeth Rocha
> 9341 Apache Springs Drive
> Las Vegas, NV 89117
>
> Horatio Rocha
> 9341 Apache Springs Drive
> Las Vegas, NV 89117

I certify that on March 23, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was served via the Court's electronic filing system on counsel for the Antelope Homeowners' Association.

/s/Mary Kay Carlton
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4

DMWEST #17578763 v1