1  Abran E. Vigil, Esq.
   Nevada Bar. No. 7548
2  Maria A. Gall, Esq.
   Nevada Bar No. 14200
3  Lindsay C. Demaree, Esq.
   Nevada Bar No. 11949
4  Kyle A. Ewing, Esq.
   Nevada Bar. No. 14051
5  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
6  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
7  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
8  gallm@ballardspahr.com
   demareel@ballardspahr.com
9  ewingk@ballardspahr.com

10 *Attorneys for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ANTELOPE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual.<br><br>Defendants. | Case No. 2:17-CV-00326-JCM-NJK<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 23, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; ELIZABETH ROCHA, an individual; and HORATIO ROCHA, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

DMWEST #18167154 v2

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 7828 Drydust Ct., Las Vegas, Nevada (the "Property") following a homeowner's association foreclosure sale conducted on November 19, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20080714-0004624 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. As neither Elizabeth Rocha nor Horatio Rocha appeared in this action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation in no way affects SFR's cross-claim against Elizabeth Rocha or Horatio Rocha.

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instrument Number 20170331-0003210 be, and the same hereby is, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on May 31, 2017, pursuant to this Court's Order [ECF No. 13] shall be discharged and released to the Ballard Spahr LLP Trust Account.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

///

2

DMWEST #18167154 v2

9.     The Parties further agree to lift the stay entered March 23, 2018 [ECF No. 73];

10.    This case shall remain open until such time as SFR resolves its pending cross-claims against Elizabeth Rocha or Horatio Rocha; and

11.    Each party in this case number 2:17-CV-00326-JCM-NJK shall bear its own attorneys' fees and costs.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Abran E. Vigil<br>Nevada Bar. No. 7548<br>Maria A. Gall<br>Nevada Bar No. 14200<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>Kyle A. Ewing<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2018

3

DMWEST #18167154 v2