# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-00326-JCM-NJK

**Order**

It appears the only claims remaining in this case are SFR's cross-claims against Elizabeth Rocha and Horatio Rocha. *See* Docket No. 76 at 3. SFR obtained a default against each of those parties. Docket No. 54. No later than January 25, 2019, SFR shall file either (1) motions for default judgment or (2) a status report explaining how it intends to proceed with its cross-claims.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge