UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br> v. <br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00326-JCM-NJK <br><br> ORDER |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC et al.*, case number 2:17-cv-00326-JCM-NJK.

On February 2, 2017, plaintiff JPMorgan Chase Bank, N.A. ("Chase") initiated this quiet title action against defendants SFR Investments Pool 1, LLC, Antelope Homeowners' Association ("Antelope"), Elizabeth Rocha, and Horatio Rocha. (ECF No. 1). On July 26, 2017, the court ordered Chase to post security for costs in the amount of $500.00 in favor of Antelope pursuant to NRS 18.130. (ECF No. 25). On July 31, 2017, Chase deposited $500.00 with the court. (ECF No. 29).

On March 23, 2017, Chase filed a notice of voluntary dismissal as to Antelope. (ECF No. 71). As Chase's claims against Antelope are now concluded, the court will disburse to Chase the $500 security bond plus interest.

Accordingly,

IT IS SO ORDERED.

DATED THIS 15th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE